IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Kramer, Tracy

Printed: 2/19/08

Case Number: 05 B 06684
Judge: Hollis, Pamela S
Filed: 2/25/05

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:  Completed: February 1, 2008
Confirmed: April 11, 2005

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 11,675.00 |  |
| Secured: |  | 0.00 |
| Unsecured: |  | 8,605.04 |
| Priority: |  | 759.68 |
| Administrative: |  | 1,410.20 |
| Trustee Fee: |  | 565.08 |
| Other Funds: |  | 335.00 |
| Totals: | 11,675.00 | 11,675.00 |

## DISBURSEMENT DETAIL

| # | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Robert J Semrad & Associates | Administrative | 1,410.20 | 1,410.20 |
| 2. | Internal Revenue Service | Priority | 759.68 | 759.68 |
| 3. | Portfolio Recovery Associates | Unsecured | 105.06 | 281.78 |
| 4. | Commonwealth Edison | Unsecured | 61.82 | 165.77 |
| 5. | Jefferson Capital | Unsecured | 1,617.65 | 4,337.72 |
| 6. | World Financial Network Nat'l | Unsecured | 42.79 | 114.77 |
| 7. | Resurgent Capital Services | Unsecured | 971.93 | 2,606.28 |
| 8. | Internal Revenue Service | Unsecured | 29.07 | 77.97 |
| 9. | Asset Acceptance | Unsecured | 22.32 | 59.86 |
| 10. | World Financial Network Nat'l | Unsecured | 125.41 | 336.35 |
| 11. | Nicor Gas | Unsecured | 55.08 | 147.75 |
| 12. | Resurgent Capital Services | Unsecured | 58.74 | 157.55 |
| 13. | ECast Settlement Corp | Unsecured | 49.56 | 132.91 |
| 14. | ECast Settlement Corp | Unsecured | 69.47 | 186.33 |
| 15. | Triad Financial Services | Secured |  | No Claim Filed |
| 16. | Capital One | Unsecured |  | No Claim Filed |
| 17. | Fleet Credit Card Service | Unsecured |  | No Claim Filed |
| 18. | AT&T Broadband | Unsecured |  | No Claim Filed |
| 19. | Citibank | Unsecured |  | No Claim Filed |
| 20. | KCA Financial Services | Unsecured |  | No Claim Filed |
| 21. | Z-Tel Communications Inc | Unsecured |  | No Claim Filed |
| 22. | Van Ru Collection Agency | Unsecured |  | No Claim Filed |
| 23. | Unifund Corporation | Unsecured |  | No Claim Filed |
| 24. | Ocwen Federal Bank FSB | Unsecured |  | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Kramer, Tracy

Printed: 2/19/08

Case Number: 05 B 06684
Judge: Hollis, Pamela S
Filed: 2/25/05

```
                                                   _____        _____
                                                   $ 5,378.78        $ 10,774.92
```

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---------:|-----------:|
| 4%       | 48.04      |
| 3%       | 23.91      |
| 5.5%     | 216.18     |
| 5%       | 47.22      |
| 4.8%     | 90.96      |
| 5.4%     | 138.77     |
|          | _____ |
|          | $ 565.08   |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

_/s/ Mack_____